UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
VARINA MOYA,

                Plaintiff,

       -against-                                              18-cv-5337 (LAK)

CAREY HALL, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        The motion for summary judgment (DI 45) is denied, substantially for the reasons in the thorough report and recommendation of Magistrate Judge Katherine H. Parker to which no meritorious objection has been filed.

        SO ORDERED.

Dated:      September 5, 2020

                                              /s/    Lewis A. Kaplan
                                        _____
                                                        Lewis A. Kaplan
                                                United States District Judge