```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
YARINA MOYA,

                              Plaintiff,                  18-CV-5337 (LAK) (KHP)

        -against-                                        **ORDER**

CAREY HALL and ALPHA MISSION INC.,

                              Defendants.
----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       In light of Plaintiff's request for a settlement conference, a telephonic settlement conference in this matter is scheduled for **Thursday, November 5, 2020 at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267.** Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **October 30, 2020 by 5:00 p.m.**

       SO ORDERED.

DATED:     New York, New York
               September 14, 2020

                                                               _____
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge