**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ATTORNEYS AT LAW

77 Water Street, Suite 2100
New York, NY 10005
Telephone: 212.232.1300
Fax: 212.232.1399
www.lewisbrisbois.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/2020
```

**MEMO ENDORSED**

KEVIN ZIMMERMAN
DIRECT DIAL: 646-666-7695
E-MAIL: Kevin.Zimmerman@lewisbrisbois.com

October 30, 2020

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:    *Yarina Moya v. Carey Hall and Alpha Mission, Inc.*
           Venue       :    US Dist. Court, Southern Dist. of NY
           Index No.  :    18-cv-5337
           Our File No.  :    48536.2

Dear Judge Parker:

    My office represents the defendants in the above matter. At this time, the defendants request a brief adjournment of the settlement conference scheduled for November 5, 2020.

    Defense counsel had a conflict and is unavailable on the date of the conference. Defendants would respectfully request that the conference be adjourned to a date the week of November 16th 2020, if acceptable to the court.

    This is our first request for adjournment regarding said conference.

    We have spoken with plaintiff's counsel, and he does not oppose our request.

    Thank you for Your Honor's attention to this matter.

ATLANTA • BEAUMONT • CHARLESTON • CHICAGO • FORT LAUDERDALE • HOUSTON • LAFAYETTE • LAS VEGAS • LOS ANGELES • NEW ORLEANS
NEW YORK • ORANGE COUNTY • PHOENIX • SACRAMENTO • SAN BERNARDINO • SAN DIEGO • SAN FRANCISCO • TAMPA • TUCSON

4837-2774-6512.1

Very truly yours,

*Kevin Zimmerman*

Kevin Zimmerman of
LEWIS BRISBOIS BISGAARD & SMITH LLP

Cc:
Krentsel Guzman Herbert LLP
(via ECF)
17 Battery Place
6th Floor
New York, New York 10004

---

**The settlement conference in this matter currently scheduled for Thursday, November 5, 2020 at 2:00 p.m. is rescheduled to <u>Thursday, November 19, 2020 at 11:00 a.m.</u>  Counsel is directed to call Judge Parker's teleconference line at the scheduled time.  Please dial (866) 434-5269, Access code: 4858267.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than <u>November 12, 2020 by 5:00 p.m.</u>**

SO ORDERED:

*Katharine H. Parker*

HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/30/2020