USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YARINA MOYA,

                    Plaintiff,

       -against-

CAREY HALL and ALPHA MISSION INC.,

                    Defendants.

-----------------------------------------------------------------X

**ORDER**

**18-CV-5337 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       Consistent with the Court's directives at the Final Pre-Trial Conference in this case, the parties shall provide the Court with case authority – referencing the federal rules of evidence and any applicable case law – on the admissibility of the disputed MRI narrative/report absent the actual MRI imaging.  Plaintiff will have until **March 31, 2021** to submit a letter, not to exceed three pages, on this issue.  Defendant will have until **April 5, 2021** to submit a three-page response.

       Additionally, by no later than April 5, 2021, the parties shall submit electronic versions of the deposition transcripts in this case to the Court's email at Parker_NYSDChambers@nysd.uscourts.gov.  They also shall submit a disc with revised copies of the proposed exhibits containing agreed upon redactions to medical records and the additional MRI from February 2019.

**SO ORDERED.**

Dated: New York, New York
March 26, 2021

*Katharine H. Parker*
Katharine H. Parker
United States Magistrate Judge