UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

YARINA MOYA,

                        Plaintiff,                        **ORDER**

      -against-                        18-CV-5337 (KHP)

CAREY HALL and ALPHA MISSION INC.,

                        Defendants.

----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On April 7, 2021, trial in this action will commence, following the selection of the jury, in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Seating for spectators in the courtroom itself is extremely limited in light of pandemic-related safety precautions. Members of the public and press may access the trial remotely using the following information:

- Call-in Number: (866) 434-5269;
- Access Code: 4858267.

      **SO ORDERED.**

Dated: New York, New York
       March 31, 2021

                                                                       Katharine H. Parker
                                                                     United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021