UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YARINA MOYA,

                       Plaintiff,

       -against-

CAREY HALL and ALPHA MISSION INC.,

                       Defendants.

-----------------------------------------------------------------X

**JUDGMENT**

18-CV-5337 (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       The issues in the above-entitled action having been brought on for trial before the Honorable Katharine H. Parker, United States Magistrate Judge, and a jury on April 7, 2021, and at the conclusion of the trial on April 13, 2021, the jury having returned a verdict in favor of the Defendants, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and is hereby dismissed.

Dated: New York, New York
           April 14, 2021

**SO ORDERED.**

*Katharine H. Parker*
_____
Katharine H. Parker
United States Magistrate Judge